

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Lewis Alan Davis, Appellant

No. 06-16-00052-CV          v.

Richard Boren, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 13-0897).  Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED NOVEMBER 9, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk